EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MICHAEL ALEMAN-VALDIVIA and FREDDY SANCHEZ,
individually and on behalf of all others similarly situated,

                                  Plaintiffs,                     Civil Action No.
                                                          1:20-cv-00421-LDH-PK

                                  -against-                     ORDER

TOP DOG PLUMBING & HEATING CORP., FIRST CHOICE PL,
INC., VERONICA AZULAI, and RON MAIMON AZULAI,

                                  Defendants.
-------------------------------------------------------------------------X

This motion having come before this Court upon Plaintiff Michael Aleman-Valdivia's filing of a Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA, and Expedited Discovery, with supporting Memorandum of Law, Declaration of Katherine Morales, Declaration of Michael Aleman-Valdivia, and accompanying exhibits;

WHEREAS the Court has considered Plaintiff's motion, it is hereby

**ORDERED, ADJUDGED, and DECREED that**:

(1) Plaintiff's Motion for Conditional Certification pursuant to Section 216(b) is GRANTED. The proposed collective FLSA class is defined as:

> *All "Foremen," "Plumbers," "Laborers," "Backhoe Operators," and/or "Drivers," who worked for one of the businesses known as Top Dog Plumbing & Heating Corp. and/or First Choice PL, Inc. at any time between January 24, 2014 and the present.*

(2) Plaintiff's Motion for Expedited Discovery is GRANTED. Defendants are directed, within ten (10) days of entry of this Order, to produce to Plaintiff's counsel a list in electronic format, for all individuals who worked for Defendants as "Foremen," "Plumbers," "Laborers," "Backhoe Operators," and/or "Drivers" at any time between January 24, 2014 and the present, their names, last known addresses, telephone

numbers, email addresses, social media handles, social security numbers, dates of employment, titles, compensation rates, and hours worked per week;

(3) Plaintiff's Motion for Court-Authorized Notice is GRANTED. The "Court-Authorized Notice of Lawsuit Regarding Unpaid Wages," in both English and Spanish languages, shall be posted in a conspicuous location in Defendants' truck yard located at 85-01 127th Street, Kew Gardens, and will be sent via first class U.S. mail and, where possible, via email, SMS text message, and messaging and social media applications (such as WhatsApp, Facebook Messenger, Instagram, Snapchat, or other applications), to all individuals who worked for Defendants as "Foremen," "Plumbers," "Laborers," "Backhoe Operators," and/or "Drivers" at any time between January 24, 2014 and the present.

SO ORDERED:

Dated: This \_\_\_\_ day of _____ 2021

_____
The Honorable Peggy Kuo
United States Magistrate Judge