EXHIBIT B

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MICHAEL ALEMAN-VALDIVIA and FREDDY SANCHEZ,
individually and on behalf of all others similarly situated,          Civil Action No.
                                                                      1:20-cv-00421-LDH-PK
                            Plaintiffs,

            -against-

TOP DOG PLUMBING & HEATING CORP., FIRST CHOICE
PL, INC., VERONICA AZULAI, and RON MAIMON
AZULAI,

                            Defendants.
---------------------------------------------------------------------X
```

## COURT-AUTHORIZED NOTICE OF LAWSUIT

**If you worked at one of the companies known as Top Dog Plumbing & Heating Corp. or First Choice PL, Inc. between January 24, 2014 and the present, a collective action lawsuit may affect your legal rights.**

*Important: You are NOT being sued. This Notice is NOT a solicitation from a lawyer. The Court authorized this Notice.*

- Plaintiff Michael Aleman-Valdivia is a former employee of Top Dog Plumbing & Heating Corp., First Choice PL, Inc., Veronica Azulai, and Ron Maimon Azulai, where he worked as a plumber and foreman. Plaintiff, Michael Aleman-Valdivia brought this lawsuit against defendants Top Dog Plumbing & Heating Corp., First Choice PL, Inc., Veronica Azulai, and Ron Maimon Azulai ("Defendants"), on behalf of himself and all other potential, current, and former foremen, plumbers, laborers, backhoe operators, and drivers employed by the Defendants as of January 24, 2014. Plaintiff claims that Defendants did not pay their hourly employees all overtime wages due to them.

Defendants deny any wrongdoing and/or liability and maintain that all of their employees are paid in compliance with the federal (the "FLSA") and state (the "NYLL") labor laws.

- THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFF'S CLAIMS OR OF THE DEFENDANTS' DEFENSES.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you choose to be included in this collective action, you will be bound by any ruling, settlement or judgment in this case. You may also share in any proceeds from a settlement or judgment if those bringing the claims are successful. If you choose to be included you will give up any rights to separately sue the Defendants about the same legal claims in this lawsuit. |
| **DO NOTHING** | By doing nothing, you will not be included in this lawsuit for the purpose of asserting an overtime claim under federal and state law. This means that you give up the possibility of getting money or benefits that may come from a trial or settlement of the federal and state law claims in this lawsuit if those bringing the lawsuit are successful. |

**1. Why did I get this notice?**

You are getting this notice because Defendants' records show that you may have worked as a foreman, plumber, laborer, backhoe operator, or driver at Top Dog Plumbing & Heating Corp. or First Choice PL, Inc. from January 24, 2014 to the present. Plaintiff sued the Defendants claiming they violated various provisions of federal and state labor laws.

**2. What is a collective action and who is involved?**

In a collective action lawsuit, one or more persons can bring a lawsuit on behalf of others who have similar claims. The individual who brought this lawsuit is called the Plaintiff. The corporate entities and individuals that they have sued are called the Defendants. One Court resolves the issues for everyone who decides to join the case.

**3. What is this collective action lawsuit about?**

This collective action lawsuit is about whether Defendants' compensation practice violate federal and state labor laws. The lawsuit alleges that Defendants violated federal and state labor laws by not paying Plaintiff and other employees similarly situated overtime and other wages owed to them. Plaintiff is seeking to recover unpaid wages, in addition to liquidated damages, attorneys' fees, and costs.

Defendants deny any wrongdoing and/or liability and maintain that all of their employees were and continue to be paid in accordance with federal and state labor laws.

**4. How do I join this collective action lawsuit?**

To participate in this lawsuit through the Plaintiff's attorney, you must fill out the enclosed form called "Consent to Join" and mail it in the enclosed, postage-paid envelope to Plaintiff's lawyers. Should the enclosed envelope be lost or misplaced, the "Consent to Join" Form must be sent to:

Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, New York 10016

You can also fax the "Consent to Join" form to (212) 428-6811,
text it to (929) 515-3232 or scan and email it to Kymorales@katzmelinger.com.

The signed "Consent to Join" form must be postmarked, texted, faxed, or e-mailed by ==(60 days from mailing of Notice)==. If your signed "Consent to Join" form is not postmarked, texted, faxed, or e-mailed by ==(60 days from mailing of Notice)==, you may not be allowed to participate in the federal law portion of this lawsuit.

You have a right to be represented by your own attorney, but you will be responsible for making arrangements for payment of the fees of the attorney you select. The attorney you hire must file with the court a "Consent to Join" form by ==**(60 days from mailing of Notice)**== and must enter a formal appearance as attorney on your behalf.

**5. What happens if I join this lawsuit?**

You will be bound by any ruling, settlement, or judgment, whether favorable or unfavorable. If there is a favorable resolution, either by settlement or judgment, and you qualify under the law, you will be entitled to some portion of the recovery.

If you join this lawsuit and send your "Consent to Join" form to Katz Melinger PLLC, you agree to have the Plaintiff and his counsel act as your representative and make decisions on your behalf concerning the case, including approving any settlement. Decisions made and agreements entered into by the Plaintiff and his counsel will be binding on you if you join this lawsuit, subject only to the Court's discretion. If you hire your own attorney, you will be bound by decisions and agreements that your attorney makes on behalf of this lawsuit.

If you join this lawsuit, you may be asked to give testimony and information about your work for Top Dog Plumbing & Heating Corp., and First Choice PL, Inc. to help the Court decide whether you are owed any money. Plaintiff's counsel will assist you with this process. For this reason, if you join this lawsuit, you should preserve all documents relating to your employment currently in your possession.

**6. What happens if I do nothing at all?**

You will not be included in this lawsuit for the purpose of asserting an overtime wages claim under federal law. Therefore, you will not be entitled to any recovery in this case should there be any for those claims. The limitations period on your claims continues to run.

**7. If I join, will there be any impact on my employment?**

The law prohibits Defendants from discharging or retaliating against you because you join this case or have in any other way exercised your rights under the law.

**8. Do I have a lawyer in this case?**

Plaintiff is represented by Katz Melinger PLLC. If you join by sending your opt-in to the Plaintiff's attorney, Katz Melinger PLLC will represent you on a contingency fee basis, meaning you will not owe any attorneys' fees unless you are successful and win the case, or obtain a settlement.

**9. Do the Defendants have a lawyer in this case?**

The Defendants in this case are represented by:

The Law Offices of Neal Brickman, P.C.

420 Lexington Avenue, Suite 2811

New York, New York 10170

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MICHAEL ALEMAN-VALDIVIA and FREDDY SANCHEZ,
individually and on behalf of all others similarly situated,   Civil Action No.
                                                              1:20-cv-00421-LDH-PK

                              Plaintiffs,

                         -against-

TOP DOG PLUMBING & HEATING CORP., FIRST CHOICE
PL, INC., VERONICA AZULAI, and RON MAIMON
AZULAI,

                            Defendants.
-------------------------------------------------------------------------X

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE <u>TWO STEPS</u>:

1. COMPLETE AND SIGN THIS CONSENT TO JOIN LAWSUIT FORM; <u>AND</u>
2. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN **[60 days from mailing of notice]**.

Katz Melinger PLLC<br>
280 Madison Avenue, Suite 600<br>
New York, New York 10016

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (212) 428-6811<br>
OR SCAN AND EMAIL IT TO:<br>
Kymorales@Katzmelinger.Com

I consent to join the collective action and authorize Katz Melinger PLLC to act on my behalf in all matters relating to this action, including any settlement of my claims.

_____                                    _____
      SIGNATURE                                                              PRINT NAME

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK
-------------------------------------------------------------------------X
MICHAEL ALEMAN-VALDIVIA y FREDDY SANCHEZ, a
título personal y en representación de todas las personas en una           Acción Civil N.°
situación similar,                                                          1:20-cv-00421-LHD-PK
                              Demandantes,

                  -contra-

TOP DOG PLUMBING & HEATING CORP., FIRST CHOICE
PL, INC., VERONICA AZULAI, y RON MAIMON AZULAI,

                              Demandados.
-------------------------------------------------------------------------X

**NOTIFICACIÓN DE DEMANDA AUTORIZADA POR LA CORTE**

**Si trabajó en una de las empresas conocidas como Top Dog Plumbing & Heating Corp. o First Choice PL, Inc. entre el 24 de enero de 2014 y el presente, una demanda colectiva puede afectar sus derechos legales.**

*Importante: Usted NO está siendo demandado. Este aviso NO es una solicitud de un abogado.*
*La Corte autorizó esta notificación*

- El demandante Michael Aleman-Valdivia es un ex empleado de Top Dog Plumbing & Heating Corp., First Choice PL, Inc., Veronica Azulai y Ron Maimon Azulai, donde trabajó como plomero y capataz. El Demandante, Michael Aleman-Valdivia presentó esta demanda contra los demandados Top Dog Plumbing & Heating Corp., First Choice PL, Inc., Veronica Azulai y Ron Maimon Azulai ("Demandados"), en nombre de sí mismo y de todos los demás posibles, actuales, y ex capataces, plomeros, obreros, operadores de excavadoras y conductores empleados por los Demandados desde 24 de enero de 2014. El Demandante afirma que los Demandados no pagaron a sus empleados pagados por hora todos los salarios de horas extras que se les adeudan.

Los Demandados niegan cualquier acto indebido y/o responsabilidad y sostienen que todos sus empleados son remunerados en cumplimiento de las leyes laborales federales (la "FLSA") y estatales (la "NYLL").

- ESTA NOTIFICACIÓN Y SU CONTENIDO HAN SIDO AUTORIZADOS POR EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS, DISTRITO ESTE DE NUEVA YORK. LA CORTE NO HA TOMADO NINGUNA POSICIÓN EN

ESTE CASO RESPECTO AL FONDO DE LAS RECLAMACIONES DEL DEMANDANTE O DE LAS DEFENSAS DE LOS DEMANDADOS.

| SUS DERECHOS Y OPCIONES LEGALES EN ESTA DEMANDA | |
|---|---|
| **PEDIR SER INCLUIDO** | Si usted decide ser incluido en esta acción colectiva, quedará obligado por cualquier fallo, acuerdo o sentencia en este caso. También puede participar en los ingresos de un acuerdo o sentencia si los que presentan las reclamaciones tienen éxito. Si decide ser incluido, renunciará al derecho a demandar por separado a los Demandados por las mismas reclamaciones legales en este juicio. |
| **NO TOMAR NINGUNA ACCIÓN** | Al no hacer nada, no se le incluirá en esta demanda con el propósito de hacer valer una reclamación de horas extras bajo las leyes federal y estatales. Esto significa que usted renuncia la posibilidad de obtener dinero o beneficios que puedan provenir de un juicio o acuerdo de las reclamaciones de las leyes federal y estatales en esta demanda si los que presentan la demanda tienen éxito. |

**1. ¿Por qué recibí este aviso?**

Recibió este aviso porque los registros de los Demandados muestran que es posible que haya trabajado como capataz, plomero, obrero, operador de excavadoras o conductor en Top Dog Plumbing & Heating Corp. o First Choice PL, Inc. desde el 24 de enero de 2014 hasta el presente. El Demandante demandó a los Demandados alegando que violaron varias disposiciones de las leyes laborales federales y estatales.

**2. ¿Qué es una acción colectiva y quién está involucrado?**

En una demanda de acción colectiva, una o más personas pueden entablar una demanda en nombre de otros que tengan reclamaciones similares. La persona que presentó esta demanda se llama el Demandante. Las entidades corporativas y los individuos que han sido demandados se llaman los Demandados. Una Corte resuelve los asuntos para todos los que decidan unirse al caso.

**3. ¿De qué trata esta demanda de acción colectiva?**

Esta demanda de acción colectiva trata sobre si la práctica de compensación de los Demandados viola las leyes laborales federales y estatales. La demanda alega que los Demandados violaron las leyes laborales federales y estatales al no pagar al Demandante y a otros empleados en situación similar las horas extras y otros salarios que se les debían. El Demandante busca recuperar los salarios no pagados, además de los daños líquidos, los honorarios de los abogados y los gastos.

Los demandados niegan cualquier maldad y/o responsabilidad y mantienen que todos sus empleados fueron y siguen siendo pagados de acuerdo con las leyes laborales federales y estatales.

**4. ¿Cómo puedo unirme a esta demanda de acción colectiva?**

Para participar en esta demanda a través del abogado de el Demandante, debe rellenar el formulario adjunto llamado "Consentimiento para participar" y enviarlo por correo en el sobre adjunto pre-pagado a los abogados de el Demandante. En caso de que el sobre adjunto se pierda o se extravíe, el formulario de "Consentimiento para participar " debe ser enviado a:

Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, New York 10016

Tambien puede enviar por fax el formulario de "Consentimiento para participar" al (212) 428-6811, por texto al (929) 515-3232 o por correo electronico a kymorales@katzmelinger.com.

El formulario firmado de "Consentimiento para participar " debe estar matasellado, enviado por texto, por fax o por correo electrónico antes de **(60 días a partir del envío de la notificación)**. Si su formulario de "Consentimiento para participar" firmado no esta matasellado, enviado por texto, por fax o por correo electrónico a más tardar el **(60 días después de la fecha de envío de la Notificación)**, es posible que no se le permita participar en la parte de esta demanda que se rige por la ley federal.

Usted tiene derecho a ser representado por su propio abogado, pero será responsable de hacer los arreglos para el pago de los honorarios del abogado que seleccione. El abogado que contrate debe presentar a la Corte un formulario de "Consentimiento para participar" antes de **(60 días a partir del envío de la notificación)** y debe presentarse formalmente como abogado en su nombre.

**5. ¿Qué pasa si me uno a esta demanda?**

Usted estará obligado por cualquier fallo, acuerdo o sentencia, favorable o desfavorable. Si hay una resolución favorable, ya sea por acuerdo o sentencia, y usted califica bajo la ley, tendrá derecho a alguna parte de la recuperación.

Si se une a esta demanda y envía su formulario de "Consentimiento para participar" a Katz Melinger PLLC, usted acepta que el Demandante y su abogado actúen como su representante y tomen decisiones en su nombre en relación con el caso, incluyendo la aprobación de cualquier acuerdo. Las decisiones tomadas y los acuerdos aceptados por el Demandante y su abogado serán vinculantes para usted si se une a esta demanda, sujeto sólo a la discreción de la Corte. Si contrata a su propio abogado, estará obligado por las decisiones y acuerdos que su abogado tome en nombre de esta demanda.

Si se une a esta demanda, se le puede pedir que dé testimonio e información sobre su trabajo para Top Dog Plumbing & Heating Corp., y First Choice PL, Inc. para ayudar a la Corte a decidir si se le debe dinero. El abogado del Demandante le ayudará con este proceso. Por esta razón, si se une a esta demanda, debe preservar todos los documentos relacionados con su empleo que actualmente están en su poder.

**6. ¿Qué pasa si no hago nada?**

No se le incluirá en esta demanda con el fin de hacer valer una reclamación de salarios por horas extras según la ley federal. Por lo tanto, no tendrá derecho a ninguna recuperación en este caso si hay alguna para esas reclamaciones. El período de limitación de sus reclamaciones seguira corriendo.

**7. Si me uno, ¿habrá algún impacto en mi empleo?**

La ley prohíbe a que los Demandados despidan o tomen represalias contra usted por haberse unido a este caso o por haber ejercido de alguna otra manera sus derechos en virtud de la ley.

**8. ¿Tengo un abogado en este caso?**

El Demandante está representado por Katz Melinger PLLC. Si usted se une enviando su opción al abogado de el Demandante, Katz Melinger PLLC lo representará en base a honorarios de contingencia, que significa que usted no deberá pagar ningún honorario de abogado a menos que tenga éxito y gane el caso, o obtenga un acuerdo.

**9. ¿ Los acusados tienen un abogado en este caso?**

Los Demandados en este caso están representados por:

The Law Offices of Neal Brickman, P.C.

420 Lexington Avenue, Suite 2811

New York, New York 10170

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK
------------------------------------------------------------------------X
MICHAEL ALEMAN-VALDIVIA y FREDDY SANCHEZ, a
título personal y en representación de todas las personas en una      Acción Civil N.°
situación similar,                                                     1:20-cv-00421-LDH-PK

                              Demandantes,

                              -contra-

TOP DOG PLUMBING & HEATING CORP., FIRST CHOICE
PL, INC., VERONICA AZULAI, y RON MAIMON
AZULAI,
                              Demandados.
------------------------------------------------------------------------X

SI RECIBIÓ ESTE FORMULARIO Y QUIERE UNIRSE A ESTA DEMANDA, POR FAVOR COMPLETE ESTOS <u>DOS PASOS</u>:

1. COMPLETE Y FIRME ESTE FORMULARIO DE CONSENTIMIENTO PARA UNIRSE A LA DEMANDA; <u>Y</u>
2. USE EL SOBRE PRE-PAGADO ADJUNTO PARA DEVOLVER ESTE FORMULARIO A LA DIRECCIÓN QUE APARECE ABAJO NO MÁS TARDE DE **[60 DÍAS DESDE EL ENVÍO DE LA NOTIFICACIÓN]**.

Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, New York 10016

TAMBIÉN PUEDE ENVIAR POR FAX EL FORMULARIO DE CONSENTIMIENTO PARA PARTICIPAR AL (212) 428-6811 O ESCANEARLO Y ENVIARLO POR CORREO ELECTRÓNICO A: Kymorales@Katzmelinger.Com

Doy mi consentimiento para unirme a la acción colectiva y autorizo a Katz Melinger PLLC a actuar en mi nombre en todos los asuntos relacionados con esta acción, incluyendo cualquier acuerdo de mis reclamaciones.

_____                              _____
          FIRMA                                                                                    NOMBRE