EXHIBIT C

**IMPORTANT REMINDER REGARDING
TOP DOG PLUMBING & HEATING CORP., FIRST CHOICE PL, INC.,
VERONICA AZULAI, AND RON MAIMON AZULAI
UNPAID WAGE CASE**

Within the past month, you should have received a Court-authorized Notice explaining that you may be eligible to participate in a collective action lawsuit against Top Dog Plumbing & Heating Corp., First Choice Pl, Inc., Veronica Azulai, and Ron Maimon Azulai on behalf of non-exempt foremen, plumbers, laborers, backhoe operators, and drivers. If you have any questions about the Notice or the case, or if you did not receive or no longer have the Notice, you should contact Katherine Morales of Katz Melinger PLLC at (212) 460-0047 or kymorales@katzmelinger.com.

**IMPORTANT: our records indicate that you have not submitted a Consent Form. In order to participate in the Top Dog Plumbing & Heating Corp., First Choice Pl, Inc., Veronica Azulai, and Ron Maimon Azulai employee collective action lawsuit and be eligible to collect unpaid wages, you must complete a Consent Form and mail, fax, email, or send it by SMS text message to:**

Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, New York 10016
Fax: (212) 428-6811
Email: kymorales@katzmelinger.com
Text Message Number: (929) 515-3232

**In order to participate in this lawsuit, your Consent Form must be post-marked or emailed no later than (60 days from mailing of Notice).**

**RECORDATORIO IMPORTANTE SOBRE EL CASO DE SALARIO NO REMUNERADO
DE TOP DOG PLUMBING & HEATING CORP., FIRST CHOICE PL, INC.,
VERONICA AZULAI, Y RON MAIMON AZULAI**

El mes pasado, usted debería haber recibido una Notificación autorizada por el Tribunal en la que se le explica que usted puede ser apto para participar en una demanda de acción colectiva contra Top Dog Plumbing & Heating Corp., First Choice Pl, Inc., Veronica Azulai, y Ron Maimon Azulai en nombre de los capataces, plomeros, obreros, operadores de excavadoras y conductores no exentos. De tener alguna duda acerca de la Notificación o del caso, o de no recibir o no contar con la Notificación, debe ponerse en contacto con Katherine Morales de Katz Melinger PLLC llamando al (212) 460-0047 o enviando un correo electrónico a kymorales@katzmelinger.com.

**IMPORTANTE: nuestros registros indican que usted no ha presentado un Formulario de Consentimiento. Para poder participar en la demanda de acción colectiva de empleados contra Top Dog Plumbing & Heating Corp., First Choice Pl, Inc., Veronica Azulai, y Ron Maimon Azulai, y ser apto para cobrar salarios no remunerados, debe completar un Formulario de Consentimiento y enviarlo por correo postal, fax, correo electrónico o a través de un mensaje de texto a:**

Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, New York 10016
Fax: (212) 428-6811
Correo electrónico: kymorales@katzmelinger.com
Número de teléfono: (929) 515-3232

**Para poder participar en esta demanda, su Formulario de Consentimiento debe estar franqueado o haber sido enviado por correo electrónico a más tardar el día (60 días desde el envío de la Notificación).**