EXHIBIT D

| DATE / NAMES | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | TOTAL DAYS | OVER TIME |
|---|---|---|---|---|---|---|---|
| ▮ | X | X | X | X | X | ▮ | |
| ▮ | X | X | X | X | X | ▮ | |
| ▮ | X | X | X | X | X | ▮ | |
| ▮ | — | — | — | — | — | | |
| ▮ | X | X | X | X | X | ▮ | |
| ▮ | X | X | X | X | X | | |
| ▮ | X | X | X | X | ▬ | | |
| ▮ | — | — | — | — | — | | |
| ▮ | X | X | X | X | X | ▮ | |
| MIKE | X | X | X | X | X | 300 | |
| ▮ | X | X | X | X | X | ▮ | |
| ▮ | X | X | X | X | X | ▮ | |
| ▮ | X | X | X | X | X | ▮ | |
| ▮ | X | X | X | X | X | ▮ | |
| ▮ | X | X | X | X | X | ▮ | |
| ▮ | — | — | X | X | ▬ | | |
| ▮ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ | |
| NOTES | | ▮ | | | | | |

# EMPLOYEE WORK SCHEDUAL

| DATE / NAMES | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | TOTAL DAYS | OVER TIME |
|---|---|---|---|---|---|---|---|
| ▮ | X | X | X | X | X | | |
| ▮ | X | X | X | X | X | | |
| ▮ | X | X | X | — | X | | |
| ▮ | X | X | X | — | X | | |
| ▮ | X | X | X | — | X | | |
| ▮ | X | X | X | / | X | | |
| ORLANDO | X | X | X | / | X | | |
| MIKE | X | X | X | / | X | 6.0 | |
| ▮ | X | X | X | / | X | | |
| ▮ | X | X | X | / | X | | |
| ▮ | X | X | X | / | X | | |
| ▮ | X | X | X | / | X | | |
| ▮ | X | X | X | / | X | | |
| ▮ | X | X | — | / | X | | |

NOTES: ▮

## EMPLOYEE WORK SCHEDUAL

| DATE / NAMES | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | TOTAL DAYS | OVER TIME |
|---|---|---|---|---|---|---|---|
| 1. ▮ | X | X | X | X | X | | |
| 2. ▮ | X | X | X | X | X | | |
| 3. ▮ | X | X | X | X | X | | |
| 4. ▮ | X | X | X | X | X | | |
| 5. ▮ | X | X | X | X | X | | |
| 6. FREDDY | X | X | X | X | X | 600 | |
| 7. ▮ | X | X | X | X | X | 630 | |
| 8. N~~i~~KE | X | X | X | X | X | 600 | nov 64 |
| 9. ▮ | X | 30 X | X | 120 X | X | | |
| 10. ▮ | X | X | X | X | X | | |
| 11. ▮ | X | X | 75 X | X 16 | X | | |
| 12. ▮ | — | X | X | X | X | | |
| 13. ▮ | X | X | X | X | X | | |
| 14. ▮ | X | X | X | X | X | | |
| 15. ▮ | | | | | | | |
| 16. ▮ | X | X | X | X | X | | |
| 17. ▮ | — | X | X | X | X | | |

# EMPLOYEE WORK SCHEDUAL

| DATE / NAMES | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | TOTAL DAYS | OVER TIME |
|---|---|---|---|---|---|---|---|
| 1 | $50 X | X | X 1 | X | | | |
| 2 | X | X $21 | X 1 | X | | | |
| 3 | X | X | X 1 | X | | | |
| 4 | — | X | X 1 | X | | | |
| 5 | X | X | X 1 | X | | | |
| 6 Freddy | X | X | X | X | 600 | | |
| 7 | X | X | X 1 | X | | | |
| 8 | X | X | X | X 1 | | | |
| 9 | X | X | X | X | | | |
| 10 | X | X | X | X 1 | | | |
| 11 | — | X | X | X | | | |
| 12 | X | X | X | X | | | |
| 13 | — | X | X | X | | | |
| 14 | — | X | X | X 1 | | | $600 |
| 15 | X | — | ½ day | = | | | |
| 16 | X | X | X | — | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |

$0
155

# EMPLOYEE WORK SCHEDUAL

| DATE / NAMES | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | TOTAL DAYS | OVER TIME |
|---|---|---|---|---|---|---|---|
| 1 | X | X | X ½ | X | X | | |
| 2 | X | X | X | X | X | | |
| 3 | X | X | X | X | X | | |
| 4 | ½ X | X | X | X | X | | |
| 5 | X | X | X | X | X | | |
| 6 FREDDY | — | X | X | X | X | 480 | |
| 7 | X 2 | X | X | X | X | | |
| 8 | X 2 | X | X | X | X | 680 | |
| 9 | X | X | X ½ | X | X | | |
| 10 | X | X | X | X | X | | |
| 11 | X 2 | X | X | X | X | | |
| 12 | X | X | X ½ | X | X | | |
| 13 | 2 X | X | X ½ | X | X | | |
| 14 | X | X | X | X | X | | |
| 15 | ~~~ | ~~~ | ~~~ | ~~~ | ~~~ | ~~~ | ~~~ |
| 16 | X 2 | X | X | X | X | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |