UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL ALEMAN-VALDIVIA and FREDDY
SANCHEZ, and STEVE RIORDAN,
individually and on behalf of all others                      20-CV-421 (MMH)
similarly situated,

                Plaintiffs,

   - against -

TOP DOG PLUMBING & HEATING CORP.,
FIRST CHOICE PL, INC., VERONICA
AZULAI, and RON MAIMON AZULAI,
                Defendants.
----------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice against First Choice PL, Inc., Ron Azulai, and Veronica Azulai, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and

**IT IS FURTHER STIPULATED AND AGREED** that electronic signatures or copies of signatures on this Stipulation shall serve the same purpose as original signatures.

| | |
|---|---|
| KATZ MELINGER PLLC | THE LAW OFFICES OF NEAL BRICKMAN, P.C. |
| By: _/s/ Nicole Grunfeld_____<br>Nicole Grunfeld<br>370 Lexington Avenue, Suite 1512<br>New York, New York 10017<br>*Attorneys for Plaintiffs Michael Aleman-Valdivia and Steven Riordan* | By: _/s/ Ethan Leonard_____<br>Ethan Leonard<br>420 Lexington Avenue - Suite 2811<br>New York, New York 10170<br>*Attorneys for First Choice Pl, Inc., Ron Maimon Azulai, and Veronica Azulai.* |
| Dated: September 27, 2023 | Dated: September 27, 2023 |

```
                    Date: September 27, 2023
                        So ORDERED

                    _/s/ Marcia M. Henry_____
                    United States Magistrate Judge
```